The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>WAYNE P. GROEN,<br><br>　　　　　　　Defendant. | No. CR15-0288JLR<br><br>[~~PROPOSED~~] ORDER CONTINUING TRIAL DATE AND DEADLINE FOR FILNG PRETRIAL MOTIONS |



THIS MATTER having come before the Court on the parties stipulated motion to continue the trial date and the deadline for filing pretrial motions, and the Court having reviewed the motion, and the records and files herein, makes the following findings and enters the following order:

1. Defendant Wayne Groen was charged by Indictment with two counts of Assault of a Federal Officer, in violation of Title 18, United States Code, Section 111(a)(1) and (b) on August 20, 2015.

2. Trial in this matter is scheduled for November 2, 2015, and the pretrial motions deadline is September 16, 2015.

[PROPOSED] ORDER CONTINUING
TRIAL DATE AND DEADLINE FOR
FILNG PRETRIAL MOTIONS- 1

**MICHELE SHAW**
Attorney at Law
2125 Western Ave #330
Seattle, WA 98121
Bus (206) 448-9612
Fax (206) 319-5473
michele@micheleshawlaw.com

3. Counsel Michele Shaw and David Seeley were retained to represent Mr. Groen on August 31, 2015. Counsel needs more time to prepare potential motions and prepare for trial, if necessary.

4. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 8 U.S.C. § 3161(h)(7)(B)(iv).

//

//

[PROPOSED] ORDER CONTINUING
TRIAL DATE AND DEADLINE FOR
FILNG PRETRIAL MOTIONS- 2

MICHELE SHAW
Attorney at Law
2125 Western Ave #330
Seattle, WA 98121
Bus (206) 448-9612
Fax (206) 319-5473
michele@micheleshawlaw.com

1   THEREFORE, IT IS HEREBY ORDERED that the trial date in this matter is
2   continued from November 2, 2015 to December 14, 2015 and the pretrial motions cutoff
3   date in this matter is continued from September 16, 2015 to October 16, 2015; and it is
4   further
5   ORDERED the period from November 2, 2015 through December 14, 2015 shall
6   be an excludable period of time pursuant to 18 U.S.C. § 3161(h)(7)(A).

DATED this 16th day of September, 2015.

JAMES L. ROBART
United States District Judge

Presented by:

s/ Michele Shaw
Michele Shaw, WSBA #19561
Law Office of Michele Shaw
2003 Western Ave., #330
Seattle, WA 98121
Telephone: (206) 448-9612
Fax: (206) 448-2252
Email: michele@micheleshawlaw.com

s/ David Seeley
DAVID SEELEY, WSBA #19502
Livengood Alskog, PLLC
121 Third Avenue
P.O. Box 908
Kirkland, WA 98083-0908
Telephone: (425) 822-9281
Fax: (425) 828-0908
Email: seeley@livengoodlaw.com

[PROPOSED] ORDER CONTINUING
TRIAL DATE AND DEADLINE FOR
FILNG PRETRIAL MOTIONS- 3

MICHELE SHAW
Attorney at Law
2125 Western Ave #330
Seattle, WA 98121
Bus (206) 448-9612
Fax (206) 319-5473
michele@micheleshawlaw.com