THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff/Appellee,<br><br>vs.<br><br>WAYNE GROEN,<br><br>    Defendant/Appellant. | No. 15 CR 00288JLR<br><br>[PROPOSED] ORDER TERMINATING SUPERVISED RELEASE |

The Court having considered the defendant's motion, hereby orders that supervised release be terminated, as of August 22, 2018. *JLR*

Done this 12th day of July, 2018.

*[signature]*

The Honorable James L. Robart
United States District Court Judge

ORDER TERMINATING SUPERVISED RELEASE - 1

LAW OFFICE OF
SUZANNE LEE ELLIOTT
1300 Hoge Building
705 Second Avenue
Seattle, Washington 98104
(206) 623-0291